Alfred R. Fabricant
**FABRICANT LLP**
411 Theodore Fremd Avenue,
 Suite 206 South
Rye, New York 10580
Tel. (212) 257-5797
Fax (212) 257-5796
ffabricant@fabricantllp.com

*Attorneys for Defendant*
*Taasera Licensing LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALO ALTO NETWORKS, INC.,<br><br>                                    Plaintiff,<br><br>        v.<br><br>TAASERA LICENSING LLC and QUEST PATENT RESEARCH CORPORATION,<br><br>                                    Defendants. | Case No. 1:22-cv-02306-ER/SDA<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Taasera Licensing LLC's Motion to Dismiss Palo Alto Networks, Inc.'s ("Palo Alto" or "Plaintiff") First Amended Complaint (D.I. 21) for Declaratory Judgment of Non-Infringement and all prior pleadings and proceedings had herein, Defendant Taasera Licensing LLC hereby moves this Court, at a time and date determined by the Court, for an order (i) pursuant to 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure (a) granting dismissal of Plaintiff Palo Alto Networks, Inc. First Amended Complaint (D.I. 21) for Declaratory Judgment of Non-Infringement relative to Defendant Taasera Licensing LLC in its entirety, and (b) a determination of no alter ego exists between defendants Taasera Licensing LLC and Quest Patent Research Corporation, and

(ii) granting such other and further relief as the Court deems just and proper.

Dated: Rye, New York
      June 23, 2021                      Respectfully submitted,

**FABRICANT LLP**

By: /s/ Alfred R. Fabricant
     Alfred R. Fabricant

*Attorneys for Defendant*
*Taasera Licensing LLC*

TO:     Counsel for Defendant (by ECF)